☑ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 SEP 13 P 3:16

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1 ELIZABETH A. STRANGE
  Acting United States Attorney
2 District of Arizona
  MATTHEW C. CASSELL
3 Assistant U.S. Attorney
  405 W. Congress, Suite 4800
4 Tucson, Arizona 85701-5040
  Telephone: (520) 620-7300
5 Email: Matthew.Cassell@usdoj.gov
  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | **VICTIM CASE** |
| vs. | Violations:<br>18 U.S.C. §§ 1111 and 7(3)<br>(First Degree Murder) |
| Romeo Santino Giovanni, | **CR 17 - 1428 TUC JAS (BPV)** |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about July 5, 2016, at or near Tucson in the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary – Tucson, on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant, ROMEO SANTINO GIOVANNI, with malice aforethought and premeditation, unlawfully killed C.D.S., in violation of Title 18 United States Code Sections 1111 and 7(3).

A TRUE BILL

/s/
_____
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/
_____
Assistant U.S. Attorney
Dated: September 13, 2017

**REDACTED FOR PUBLIC DISCLOSURE**